Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Martin L. Novillo
Assistant Federal Public Defender
Virginia State Bar No. 76997
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Martin_Novillo@fd.org


*Attorney for Petitioner Marco Esqueda


## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Marco Esqueda, | Case No. 2:26-cv-00825-APG-EJY |
| Petitioner, | **ORDER GRANTING** |
| v. | **Unopposed Motion for Extension of Time to File Amended Petition** |
| Todd Blanche,[1] et al., | |
| Respondents. | **(SECOND REQUEST)** |

Petitioner requests that the court extend the due date to file his Amended Petition by one (1) day, up to and including Thursday May 21, 2026. This is Mr. Esqueda's second request for an extension of time.

Petitioner filed his petition for writ of habeas corpus under 28 U.S.C. § 2241 on March 23, 2026.[2] This Court appointed the Office of the Federal Public Defender.[3] Undersigned counsel appeared on March 30, 2026.[4] Per this Court's

---

[1] Respondent Todd Blanche is substituted for former Attorney General Pamela J. Bondi pursuant to Federal Rule of Civil Procedure 25(d).

[2] ECF No. 4.

[3] ECF No. 3.

[4] ECF No. 6.

appointment order, Mr. Esqueda's Amended Petition was originally due on April 29, 2026.[5] On April 29, 2026, Mr. Esqueda requested a three week extension of time, which this Court granted.[6] For those reasons detailed below, counsel now requests an additional one (1) day extension of time.

Counsel for Mr. Esqueda has been diligently working on this matter. However, counsel needs additional time to review immigration court records he was not able to retrieve until May 19, 2026. On May 20, 2026, undersigned counsel reached out to opposing counsel in this matter to see whether he would object to the present request for an extension of time. Counsel Tamer B. Botros represented that he does not object.

This is Mr. Esqueda's second request for an extension of time and it is not sought for the purpose of delay but in the interest of justice and the interest of the Petitioner.

Dated May 20, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Martin L. Novillo*
Martin L. Novillo
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
United States District Judge

Dated: May 21, 2026

---

[5] ECF No. 3 at 2.
[6] ECF Nos. 6, 7.

2